Criminal Appeals on appeal by the United States under Article 62, Uniform Code of Military Justice, 10 U.S.C. § 862, it is, ordered that said petition for grant of review is hereby granted on the following issue:

> WHETHER THE AIR FORCE COURT OF CRIMINAL APPEALS (AFC-CA) ERRED BY FINDING A.B. CONSENTED TO LAW ENFORCE-MENT'S SEARCH OF THE CENTON THUMB DRIVE AND THE DELL LAPTOP.

In accordance with Rule 19(a)(7)(A), Rules of Practice and Procedures, no further pleadings will be filed.

No. 14–0513/AF. U.S. v. Elis M. Lasalle. CCA 38323. Appellant's motion to file the supplement to the petition for grant of review out of time is granted.

